**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 12, 2019.**



_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  18-51662-CAG |
| | § | |
| DONNA BASEY | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**ORDER AUTHORIZING TRUSTEE TO CLOSE ESTATE RESERVING RIGHT TO REOPEN CASE IF CONTINGENT ASSET GENERATES CASH FOR ESTATE**

On the day this Order came on for consideration the Motion to Allow Trustee to Close Estate Reserving Right to Reopen Case if Contingent Asset Generates Cash for Estate. The Court, after giving due consideration to Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to close the estate reserving the right to reopen the case in the event any funds are realized as a result of a sale of the Debtor's interest in the following real estate parcels:

a.      The West Division of Lot Number Seven (7) in Block Number Eight (8) in the Original Plat to the Town Now City of Greenfield, Indiana and more particularly described as follows, to-wit: Commencing on the Southwest corner of said lot and running thence east on the south line thereof fifty (50) feet; thence, north parallel with the west line thereof to the north line thereof thence west on the north line thereof fifty (50) feet to the Northwest corner thereof, thence, south on the west line thereof to the place of beginning, more commonly known as 204 E. North, Greenfield, Hancock County, Indiana.

b.      A Division of Lot Number Six  in Block Number Eight in the Original Plat of the Town, now City of Greenfield, Indiana, as per plat thereof recorded in Plat Book 1, page 1, in the Office of the Recorder of Hancock County, Indiana, described and bounded as follows: Commencing at a point on the South line of said Lot, 114 feet West of the Southeast corner of Lot #5 in Block #8 in the Original Plat of the Town, now City of Greenfield and running thence North to a point on the North line of said Lot #6 which is 108 feet and 9 inches West of the Northeast corner of said Lot #5; thence West on said North line of said Lot #6, a distance of 52 feet; thence South parallel with the first line to the South line of said Lot #6, thence East on the South line of said Lot #6, a distance of 52 feet to the place of beginning, more commonly known as 212 E. North, Greenfield, Hancock County, Indiana.

It is further ORDERED, ADJUDGED, and DECREED that the bankruptcy estates interest in the above-described real estate parcels are not abandoned to the Debtor at the closing of the case and will not be deemed abandoned, but shall remain property of the bankruptcy estate and subject to the automatic stay of 11 U.S.C. § 362.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net